09-CV-00504-CVSHT

____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

APR 22 2009   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

DAVID M. WILLIAMS

Plaintiff/Petitioner

VS.

FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTUAL BANK

Defendant/Respondent

Cause #: C09-0504

Declaration of Service of:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR BREACH OF CHANGE IN CONTROL AGREEMENT

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Apr 17 2009 10:15AM at the address of 1000 DEXTER AVE N SUITE 500 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTAL BANK   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MARGARET LESLIE, FIELD SUPERVISOR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 21, 2009 at Seattle, WA

by _____
    J. Showers    0712554

Service Fee Total: $ 44.48

ABC Legal Services, Inc.
206 521-9000
Tracking #: 5792425

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

Strong, Sidney
600 University St, #2100
Seattle, WA   98101
206 623-5221