The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re Former Employees of Washington Mutual Bank v. FDIC as Receiver for Washington Mutual Bank, et al.* | Master File No. C09-0504 RAJ<br><br>**NOTICE REGARDING FOURTH AMENDED COMPLAINT IN *CONWAY, et al. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al.*, CASE NO. C09-0781** |

**TO:          THE COURT**

**AND TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to FED. R. CIV. P. 15(a)(2), Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (the "Receiver"), and Federal Deposit Insurance Corporation in its corporate capacity ("FDIC Corporate") consent to the filing of plaintiffs' Fourth Amended Complaint in *Conway, et al. v. Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, et al.*, Case No. C09-0781 (the "Fourth Amended Complaint").

The Fourth Amended Complaint solely adds new named plaintiffs to the *Conway*

NOTICE REGARDING FOURTH AMENDED
COMPLAINT IN CASE NO. C09-0781 - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1   lawsuit (the "New Named Plaintiffs").[1]  The New Named Plaintiffs' claims arise out of and are

2   based upon employment contracts with the former Washington Mutual Bank that are materially

3   identical to the employment contracts upon which pre-existing plaintiffs in this consolidated

4   lawsuit base their claims.   Thus, the parties have stipulated and agreed that the Fourth

5   Amended Complaint does not impact the Receiver's pending Motion Pursuant To FRCP

6   12(b)(6) And For Judgment On The Pleadings Pursuant To FRCP 12(c) To Dismiss All Claims

7   Against Defendant Federal Deposit Insurance Corporation, As Receiver For Washington

8   Mutual Bank (Dkt. #26; the "Receiver's Motion to Dismiss") or FDIC Corporate's pending

9   Motion to Dismiss (Dkt. #20; "FDIC Corporate's Motion to Dismiss").  Plaintiffs agree that the

10  New Named Plaintiffs' claims in the Fourth Amended Complaint are subject to the arguments

11  for dismissal made in the Receiver's Motion to Dismiss and in FDIC Corporate's Motion to

12  Dismiss.  Thus, the parties stipulate and agree that the Court should apply the arguments made

13  in the Receiver's Motion to Dismiss and FDIC Corporate's Motion to Dismiss with equal force

14  and effect to the allegations made by the New Named Plaintiffs in the Fourth Amended

15  Complaint.

16

17

18

19

20

21

22

23

24

25

26

---

[1]   The New Named Plaintiffs subject to this Notice are: Elizabeth Pepper, Ronald J. Woodlock, and Marc K. Malone.

NOTICE REGARDING FOURTH AMENDED
COMPLAINT IN CASE NO. C09-0781 - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1    Dated this 13th day of November, 2009.

2

3                                    */s/  Roger Townsend (with permission)*
                                     Roger Townsend, WSBA No. 25525
4                                    Daniel Foster Johnson, WSBA No. 27848
                                     BRESKIN JOHNSON & TOWNSEND PLLC
5                                    1111 Third Avenue, Suite 2230
                                     Seattle, WA  98101
6                                    Telephone:  206.652.8660
                                     Fax:  206.652.8690
7                                    E-mail:  rtownsend@bjtlegal.com

8                                    *Attorneys for Plaintiffs*

9

10                                   */s/  Catherine Borden*
                                     Stellman Keehnel, WSBA No. 9309
11                                   Russell B. Wuehler, WSBA No. 37941
                                     Catherine R. Borden, WSBA No. 39666
12                                   DLA PIPER LLP (US)
                                     701 Fifth Avenue, Suite 7000
13                                   Seattle, WA  98104
                                     Telephone:  206.839.4800
14                                   Fax:  206.839.4801
                                     E-mail:  stellman.keehnel@dlapiper.com
15                                            russell.wuehler@dlapiper.com
                                            catherine.borden@dlapiper.com
16
                                     *Attorneys for Federal Deposit Insurance Corporation,*
17                                   *as Receiver for Washington Mutual Bank*

18

19                                   */s/  Larry Goodman (with permission)*
                                     Larry L. Goodman (*limited admission*)
20                                   Federal Deposit Insurance Corporation
                                     3501 Fairfax Dr., D-7040
21                                   Arlington, VA 22226-3500
                                     Telephone:  703.562.2385
22                                   Fax:  703.562.2477
                                     E-mail:  lagoodman@fdic.com
23
                                     *Attorney for Federal Deposit Insurance Corporation in*
24                                   *its Corporate Capacity*

25

26

NOTICE REGARDING FOURTH AMENDED                    DLA Piper LLP (US)
COMPLAINT IN CASE NO. C09-0781 - 3              701 Fifth Avenue, Suite 7000
                                          Seattle, WA  98104-7044 • Tel: 206.839.4800

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on November 13, 2009, I caused to be electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to the attorneys of record for the parties.

5       In addition, I caused the foregoing to be served by U.S. Mail and e-mail on *pro se*

6   plaintiff Michael F. Day at the following addresses:

7

8   Michael F. Day
    60 Monterey Drive
    Tiburon, CA  94920
9   *Michael.forest.day@gmail.com*

10      Dated this 13th day of November, 2009.

11

12                                  */s/ Catherine Borden*

13                                  Catherine R. Borden

14  WEST\21830728.2

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE REGARDING FOURTH AMENDED
COMPLAINT IN CASE NO. C09-0781 - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800