1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re former Employees of Washington Mutual Bank v. FDIC as Receiver for Washington Mutual Bank, et al.*

Master File No. C09-0504 RAJ

MARK J. CONWAY, et al.,

    v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank, and as in its corporate capacity,

           Defendants.

Case No. C09-0781 RAJ

STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST THE UNITED STATES OF AMERICA

**Noted on motion calendar for January 21, 2010.**

## <u>JOINT STIPULATION</u>

In May, June and July of 2009, Plaintiffs McQuay, Kleven, Liabraaten, Conway, Melby, Nichols and Du Bey filed a lawsuit against the United States of America.[1]  On November 5, 2009, and November 13, 2009, Plaintiffs filed Third and Fourth Amended Complaints, respectively, which did not list the United States of America in the caption and eliminated any and all claims against the United States in the text of the Complaints.  *See* Dkt. Nos. 32 and 37. Many plaintiffs have now been added and eliminated from this action and the docket may not

---

[1] The case numbers and the Complaint filing dates for the above-mentioned plaintiffs are listed as follows: Plaintiffs McQuay, Kleven and Liabraaten (WDWA Case No. 09-0568 RAJ, Dkt. No. 2, filed May 19, 2009); Plaintiff Conway (WDWA Case No. 09-0781 RAJ, Dkt. No. 2, filed June 15, 2009); Plaintiff Melby (WDWA Case No. 09-0750 RAJ, Dkt. No. 6, filed July 23, 2009); and Plaintiffs Nichols and Du Bey (WDWA Case No. 09-0711 RAJ, Dkt. No. 1, filed May 20, 2009).

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
OF ALL CLAIMS AGAINST THE UNITED STATES OF AMERICA
[CASE NO. 09-0504 RAJ] - 1

1   clearly reflect the identities of all the parties.  Consequently, in an effort to clarify matters for the

2   Court and for the parties, the parties hereby STIPULATE and AGREE to dismiss all claims

3   against the United States of America without claim of either party to attorneys fees or costs.  This

4   stipulation does not affect and has no bearing on Plaintiffs' claims against the remaining

5   defendant, Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Washington Mutual

6   Bank, and as in its corporate capacity.

7

8           DATED this 21st day of January, 2010.

9
    JENNY A. DURKAN                             BRESKLIN JOHNSON & TOWNSEND,
10  United States Attorney                      PLLC

11  /s/Priscilla T. Chan                        /s/ Roger M. Townsend
12  PRISCILLA T. CHAN, WSBA #28533              ROGER M. TOWNSEND, WSBA #25525
    Assistant United States Attorney            DANIEL F. JOHNSON, WSBA #27848
13  United States Attorney's Office             1111Third Avenue, Suite 2230
    700 Stewart Street, Suite 5220              Seattle, Washington 98101
14  Seattle, Washington 98101-1271              Phone: 206-652-8660
    Phone: 206-553-7970                         Email: rtownsend@bjtlegal.com
15  E-mail: priscilla.chan@usdoj.gov
                                                Attorney for Plaintiffs
16  Attorneys for Defendant United States

17

18                                  **ORDER**

19          The parties having so stipulated, IT IS ORDERED.  The clerk shall send copies of this

20  order to all parties.

21

22          DATED this _____ day of January, 2010.

23

24

25                          _____
                            RICHARD A. JONES
26                          UNITED STATES DISTRICT JUDGE

27

28

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
OF ALL CLAIMS AGAINST THE UNITED STATES OF AMERICA
[CASE NO. 09-0504 RAJ] - 2

1

Presented by:

2

JENNY A. DURKAN

3
United States Attorney

4
/s/Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533

5
Assistant United States Attorney
United States Attorney's Office

6
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

7
Phone: 206-553-7970
E-mail: priscilla.chan@usdoj.gov

8

Attorneys for Defendant United States

9

10

BRESKLIN JOHNSON & TOWNSEND, PLLC

11

12
/s/ Roger M. Townsend
ROGER M. TOWNSEND, WSBA #25525

13
DANIEL F. JOHNSON, WSBA #27848
1111Third Avenue, Suite 2230

14
Seattle, Washington 98101
Phone: 206-652-8660

15
Email: rtownsend@bjtlegal.com

16
Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
OF ALL CLAIMS AGAINST THE UNITED STATES OF AMERICA
[CASE NO. 09-0504 RAJ] - 3

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

| | |
|---|---|
| Sidney Strong: | sid@sidstronglaw.com |
| Dennis Moran: | dmoran@mwwlaw.net |
| William Keller: | bill@mwwlaw.net |
| Don Willner: | donswillner@aol.com |
| Russ Aoki: | russ@asoki-sakamoto.com |
| Daniel Johnson: | djohnson@bjtlegal.com |
| Roger Townsend: | rtownsend@bjtlegal.com |
| Brandon Carroll: | bcarroll@bpmlaw.com |
| Dana Henderson: | dhenderson@bpmlaw.com |
| Kelby Fletcher: | kfletcher@pypfirm.com |
| Catherine Borden: | catherine.borden@dlapiper.com |
| Larry Goodman: | lagoodman@fdic.gov |
| Russell Wuehler: | russell.wuehler@dlapiper.com |
| Stellman Keehnel: | stellman.keehnel@dlapiper.com |

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via USPS mail, postage pre-paid.

Michael F. Day, pro se
60 Monterey Drive
Tiburon, CA 94920

DATED this 21st of January, 2010.

   /s/   Priscilla T. Chan
PRISCILLA T. CHAN
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov