1

The Honorable Richard A. Jones

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

WESTERN DISTRICT OF WASHINGTON

9

AT SEATTLE

10

KURT WISECUP, an Individual, and JOHN
MURPHY, an Individual,

Case No. C09-1590 RAJ

11

Plaintiffs,

12

v.

13

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for Washington
Mutual Bank,

14

15

Defendant.

16

17

**STIPULATION AND ORDER
CONSOLIDATING CASE NO. C09-
1590 WITH** *IN RE FORMER
EMPLOYEES OF WASHINGTON
MUTUAL BANK v. FDIC AS
RECEIVER FOR WASHINGTON
MUTUAL BANK, ET AL.,* **MASTER
FILE NO. C09-0504**

**Note Date:  February 9, 2010**

18

## **BACKGROUND**

19

20

On September 25, 2008, Federal Deposit Insurance Corporation ("FDIC") was

21

appointed receiver for Washington Mutual Bank.  Since that time, numerous former employees

22

of Washington Mutual Bank have filed claims with FDIC as receiver for Washington Mutual

23

Bank (the "Receiver") arising out of certain alleged employment agreements that those former

24

employees had with Washington Mutual Bank.  Those claims resulted in numerous lawsuits by

25

plaintiffs in this District who allege that the Receiver improperly denied employment benefits

26

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASE NO. C09-1590 WITH
MASTER FILE NO. C09-0504 - 1
CASE NO. C09-1590 RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

under the agreements.  Prior to September 2, 2009, eighteen such lawsuits were filed (the "Lawsuits").  The Receiver denies plaintiffs' allegations.

On September 2, 2009, this Court entered an Order consolidating the Lawsuits pursuant to FED. R. CIV. P. 42(a).  *See* Sept. 2, 2009 Consolidation Order in Case No. C09-0504.  The Court found that the Lawsuits arise out of the same or similar transactions or occurrences and involve the same or similar issues of law and fact.  *Id.*  The Court assigned Master File No. C09-0504 to the consolidated lawsuit (the "Consolidated Lawsuit").  *Id.*

On November 6, 2009, Plaintiff Kurt Wisecup filed a lawsuit against the Receiver that is virtually identical to the lawsuits filed by the other plaintiffs whose suits were consolidated into the Consolidated Lawsuit (the "Wisecup Lawsuit").  On November 25, 2009, an amended complaint was filed in the Wisecup Lawsuit adding John Murphy as a plaintiff.  *See* Complaint and Amended Complaint, Case No. C09-1590.

## STIPULATION

The parties to the Wisecup Lawsuit stipulate and agree that the Wisecup Lawsuit arises out of the same transactions or occurrences as the Consolidated Lawsuit, and thereby stipulate to the consolidation of the Wisecup Lawsuit with the Consolidated Lawsuit pursuant to FED. R. CIV. P. 42(a), subject to the terms outlined in the September 2 Consolidation Order.  The parties agree that the consolidation of the Wisecup Lawsuit with the Consolidated Lawsuit does not affect or alter any outstanding deadlines to respond to the complaint, does not waive defendant's right to receiver proper service of process or challenge service of process, and does not restrict any party from asserting any claim or defense.

The parties further stipulate and agree that consolidation of the Wisecup Lawsuit with the Consolidated Lawsuit does not impact the Receiver's pending Motion Pursuant To

STIPULATION AND ORDER CONSOLIDATING
CASE NO. C09-1590 WITH MASTER FILE NO.
C09-0504 - 2
CASE NO. C09-1590 RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1  FRCP 12(b)(6) And For Judgment On The Pleadings Pursuant To FRCP 12(c) To Dismiss All

2  Claims Against Defendant Federal Deposit Insurance Corporation, As Receiver For

3  Washington Mutual Bank (Dkt. #26; the "Receiver's Motion to Dismiss") in the Consolidated

4  Lawsuit.  The parties agree that the claims in the Wisecup Lawsuit are subject to the arguments

5  for dismissal made in the Receiver's Motion to Dismiss.  Thus, the parties stipulate and agree

6  that the Court should apply the arguments made in the Receiver's Motion to Dismiss with equal

7  force and effect to the allegations in the Wisecup Lawsuit.

8

9                                              **ORDER**

10

11          IT IS SO ORDERED.

12              Dated this 9th day of February, 2010.

13

14                                                    _____
                                                      The Honorable Richard A. Jones
15                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER CONSOLIDATING                      DLA Piper LLP (US)
CASE NO. C09-1590 WITH MASTER FILE NO.               701 Fifth Avenue, Suite 7000
C09-0504 - 3                                    Seattle, WA  98104-7044 • Tel: 206.839.4800
CASE NO. C09-1590 RAJ

1

2

**SO STIPULATED AND AGREED THIS 9th DAY OF FEBRUARY, 2010:**

3

4

*/s/ William Keller (with permission)*
William Keller, WSBA No. 29361

5

Dennis M. Moran, WSBA No. 19999
MORAN WINDES & WONG, PLLC

6

5608 17th Avenue Northwest
Seattle, WA  98107

7

Tel:  206.788.3000
E-mail:  dmoran@mwwlaw.net

8

           bill@mwwlaw.net

9

*Attorneys for Plaintiffs*

10

*/s/ Russell B. Wuehler*
Stellman Keehnel, WSBA No. 9309

11

Russell B. Wuehler, WSBA No. 37941

12

DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000

13

Seattle, WA  98104-7044
Tel:  206.839.4800

14

Fax:  206.839.4801
E-mail:  russell.wuehler@dlapiper.com

15

           stellman.keehnel@dlapiper.com

16

*Attorneys for Defendant Federal Deposit Insurance Corporation*

17

*as Receiver for Washington Mutual Bank*

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER CONSOLIDATING
CASE NO. C09-1590 WITH MASTER FILE NO.
C09-0504 - 4
CASE NO. C09-1590 RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800