1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re Former Employees of Washington Mutual Bank v. FDIC as Receiver for Washington Mutual Bank, et al.*                                     ) Master File No. C09-0504 RAJ
)
)
)
_____ )
)
BARBARA A. POTASHNICK, )
individually, )                                                                NO. C09-1666 RAJ
)
Plaintiff, )
)                                                                STATEMENT OF OTHER
v. )                                                                PLAINTIFFS IN THE
)                                                                CONSOLIDATED WASHINGTON
)                                                                MUTUAL BANK CASE
FEDERAL DEPOSIT INSURANCE )
CORPORATION, as Receiver for )
Washington Mutual Bank; FEDERAL )
DEPOSIT INSURANCE CORPORATION )
in its Corporate Capacity, )
)
Defendants. )

8
9
10
11
12
13
14
15
16
17

18       1.       The approximately one hundred (100) plaintiffs in the consolidated case of

19  the ex-WMB Employees v. FDIC Corporate and FDIC Receiver respectfully request

20  fourteen (14) days from the date the Potashnick substantive memorandum is filed in the

21  consolidated case to file their comments.

22       2.       The other plaintiffs have not seen the Potashnick substantive filing since it

23  was not also filed in the consolidated case.

24       3.       Fourteen (14) days is requested due to the difficulty of reaching all of the

25  attorneys for the one hundred (100) plaintiffs during the spring school vacation.

STATEMENT RE POTASHNICK          - 1                    DON S. WILLNER & ASSOCIATES, P.C.
                                                                         630 SUNNYSIDE ROAD
                                                                         TROUT LAKE, WA 98650
                                                                         (509) 395-2000
                                                                         donswillner@aol.com

1    4.    There is no possible prejudice to granting this request.

2

3    Dated this 26th day of March, 2010.

4                                Respectfully submitted by:

5                                LAW OFFICES OF DON S. WILLNER & ASSOC. P.C.

6                                By: ____s/ Don S. Willner_____
7                                Don S. Willner, WSBA #25652
                                 Attorneys for Plaintiffs
8                                Attorney for Plaintiffs
                                 630 SUNNYSIDE ROAD
9                                TROUT LAKE, WA  98650
                                 Phone: 509.395-2000
10                               Fax:  509.35-2939
                                 Email:  donswillner@aol.com
11

12                               AOKI SAKAMOTO GRANT

13                               By: ____s/ Russell M. Aoki_____
                                 Russell M. Aoki, WSBA #15717
14                               ONE CONVENTION PLACE, SUITE 1525
                                 701 PIKE STREET
15                               SEATTLE, WA  98101-3933
                                 Phone: 206.624.1900
16                               Fax: 206.442.4396
                                 Email:  russ@aoki-sakamoto.com
17

18                               LAW OFFICES OF SIDNEY J. STRONG

19                               By: ____s/ Sidney J. Strong_____
                                 Sidney J. Strong
20                               600 UNIVERSITY STREET
                                 ONE UNION SQUARE, STE. 2100
21                               SEATTLE, WA  98101
                                 Phone: (206) 623-5221
22                               Email:  sid@sidstronglaw.com

23

24

25

STATEMENT RE POTASHNICK        - 2                    DON S. WILLNER & ASSOCIATES, P.C.
                                                                630 SUNNYSIDE ROAD
                                                                TROUT LAKE, WA 98650
                                                                   (509) 395-2000
                                                               donswillner@aol.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I, Angie Cox, hereby certify that on March 26th 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.

I certify that all participants in this case are registered CF/ECF users and that service will be accomplished by the CM/ECF system.

s/ Angela Cox
Angela Cox
Legal Assistant to Don Willner

STATEMENT RE POTASHNICK        - 3

DON S. WILLNER & ASSOCIATES, P.C.
630 SUNNYSIDE ROAD
TROUT LAKE, WA 98650
(509) 395-2000
donswillner@aol.com