The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re Former Employees of Washington Mutual Bank v. FDIC as Receiver for Washington Mutual Bank, et al.*    )
)
)
)
)

)
ROBERT COLLINS, DAVID POLLINO, )
SUSANNA GOUWS KORN, TOM )
ALLEN, BATISTA MACARIO GAZOLI, )
MATTHEW WEDELL, BRIAN FOSTER, )
RICHARD QUINTANA, WILLIAM )
SANTOSO, MELISSA LEUNG, JACOB )
SORENSEN, JEFFREY P. WEINSTEIN, )
MICHELE GRAU-IVERSEN, KEITH )
FUKUI, JOHN DAVID GODI, DAVID )
COULTAS, SUSAN GLEASON, DENNIS )
ZHANG, MITCH STEVENS, CHERYL )
ST. JOHN, STEPHEN WHITTAKER, )
ROBERT C. HILL, MARY BETH DAVIS, )
TODD RICE, ROBERT OLSON, ANN )
TIERNEY, STEVEN CARLSON, DAN )
SANFORD, ANGELITA RAVAGO, LISA )
WYLER, MARK CROWLEY, BARTON )
WARNER, REZA AGHAMIRZADEH, )
SHERRY EISWALD, DAVID )
GILHOOLEY, KEN LABARBERA, )
ALEJANDRO MATA, MICHELLE )
MCCARTHY, JOSEPH BEER, COREY )
RINEHIMER, ANDREW TAUBER, )

Master File No. C09-0504 RAJ

NO. 2:09-cv-00570-RAJ

PLAINTIFFS' NOTICE OF INTENT
TO SEEK LEAVE TO AMEND
COMPLAINT TO INCLUDE A NEW
CAUSE OF ACTION

PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE
TO AMEND COMPLAINT - 1

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900

| | |
|---|---|
| BERNARD YU,  MICHAEL LAUBSTED, DIANA E. ARESU, ROBERT N. BATT, DAVID SHAVER, and ERIK GRIER individually, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank of Seattle, Washington, and FEDERAL DEPOSIT INSURANCE CORPORATION in its Corporate Capacity, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Plaintiffs of the undersigned counsel hereby provide notice of their intent to file a motion for leave to amend their Complaint to include a new cause of action. Plaintiffs' counsel understands this Court is consolidating the matter of *Potashnick v. FDIC* (CO9-1666 RAJ) to the consolidated matter of these plaintiffs.  It is further understood that plaintiff Potashnick asserts at least one additional claim.  Plaintiffs will seek leave to amend their Complaint to be consistent with that filed by Ms. Potashnick.  Plaintiffs' counsel will also seek an opportunity to file additional briefing upon Ms. Potashnick's supplemental opposition to the pending motions to dismiss by FDIC, as Receiver and FDIC, Corporate as indicated by this Court's law clerk's communication between Ms. Potashnick's counsel and counsel for FDIC, as

//

//

PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE
TO AMEND COMPLAINT - 2

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA  98101-3933
(206) 624-1900

1    Receiver dated March 5, 2010.

2        Dated this 7th day of April, 2010.

3

4                            Respectfully submitted by:

5                            LAW OFFICES OF DON S. WILLNER & ASSOC. P.C.

6

7                            By:  /s/ Don. Willner
                             Don S. Willner, WSBA #25652

8                            Attorneys for Plaintiffs
                             Attorney for Plaintiffs

9                            630 SUNNYSIDE ROAD
                             TROUT LAKE, WA  98650

10                           Phone: 509.395-2000
                             Fax:  509.35-2939

11                           Email:   donswillner@aol.com

12
                             AOKI SAKAMOTO GRANT

13
                             By:  /s/ Russell M. Aoki

14                           Russell M. Aoki, WSBA #15717

15                           ONE CONVENTION PLACE, SUITE 1525
                             701 PIKE STREET

16                           SEATTLE, WA  98101-3933
                             Phone: 206.624.1900

17                           Fax: 206.442.4396

18                           Email:   russ@aoki-sakamoto.com

19

20

21

22

23

24

25

PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE
TO AMEND COMPLAINT - 3

1

**CERTIFICATE OF SERVICE**

2     I, Leslie Miller, hereby certify that on April 7, 2010, I electronically filed the

3

foregoing with the Clerk of the Court for the United States District Court by using the

4

CM/ECF system which will send notification of such filing to the attorneys of record

5

for the plaintiffs and defendants.

6

7     In addition, I caused the foregoing to be served via e-mail and U.S. Mail on pro

8     se plaintiff Michael F. Day at the following addresses:

9     Michael.forest.day@gmail.com

10

Michael F. Day
60 Monterey Dr.
11    Tiburon, CA 94920

12

13    _____
Leslie Miller
14    Legal Assistant to Russell M. Aoki
Attorney for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE
TO AMEND COMPLAINT - 4

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900