# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C09-504RAJ |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Defendants' motions to dismiss (Dkt. ## 106, 107) are GRANTED.

Dated this 30th day of August, 2011.

                                                   WILLIAM M. MCCOOL
                                                                    Clerk

                                                 s/Consuelo Ledesma
                                                 Deputy Clerk